# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEPHANIE FLOHR, | CASE NO. C18-0592JLR |
| Plaintiff, | ORDER |
| v. | |
| THE BOEING COMPANY, et al., | |
| Defendants. | |

On April 25, 2018, the court sent a letter to the parties pertaining to the filing of demands for trial by jury under Federal Rules of Civil Procedure 38(b) and 81(c), as well as the requirements of Local Civil Rule 101. (*See* Letter (Dkt. # 6) (citing Fed. R. Civ. P. 38(b); Fed. R. Civ. P. 81(c); Local Rules W.D. Wash. LCR 101).) Specifically, Local Civil Rule 101(c) requires the removing defendant to "file with the clerk of this court black-on-white copies of all additional records and proceedings in the state court, together with defendant's or defense counsel's verification that they are true and correct copies of all the records and proceedings in the state court proceeding." Local Rules

W.D. Wash. LCR 101(c).  The removing defendant must file its verification of state court records within 14 days of the filing of the notice of removal.  *Id.*  Defendant The Boeing Company ("Boeing") filed its notice of removal on April 24, 2018.  (Not. of Rem. (Dkt. # 1).)  More than 14 days have passed since that filing, but Boeing has not filed a verification of state court records as required by Local Civil Rule 101(c).  (*See generally* Dkt.)  Accordingly, the court ORDERS Boeing to file its verification of state court records within seven (7) days of the date of this order.  If Boeing fails to timely comply with this order, the court may impose sanctions.

Dated this 15th day of June, 2018.

JAMES L. ROBART
United States District Judge

ORDER - 2