The Honorable James L. Robart

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

STEPHANIE FLOHR, an individual,

    Plaintiff,

v.

The Boeing Company, et al.,

    Defendant.

No. 2:18-cv-00592-JLR

STIPULATED [Order of] DISMISSAL WITH PREJUDICE – DEFENDANT REED GROUP

NOTE ON MOTION CALENDAR
July 8, 2019

## 1. **STIPULATION**

The Plaintiff Stephanie Flohrs and Defendant Reed Group Management LLC, by and through their counsel of record, do hereby stipulate and agree that this action be dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

The parties jointly request that the Court enter the attached Order, without further notice, dismissing all claims and counterclaims with prejudice, against Defendant Reed Group and without and award of costs or fees to any party.

DATED this 8th day of July 2019.

    Morgan, Lewis & Bockius LLP
    Attorneys for Defendants
    By /s/ Melinda S. Riechert
    Melinda S. Riechert (admitted pro hac vice)
    Morgan, Lewis & Bockius LLP
    1400 Page Mill Road
    Palo Alto, CA 94304
    Telephone: (650) 843-4000
    Fax: (650) 843-4001

STIPULATED DISMISSAL WITH PREJUDICE - 1

The Law Office of G. (Gus)
Benjamin Lindsey III
2012 Grade Rd./ Suite 202
Lake Stevens, WA 98258
(425) 263-0585 WSBA #36386

Email: melinda.riechert@morganlewis.com

By /s/ Teri E. Kirkwood
Teri E. Kirkwood (admitted pro hac vice)
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Telephone: (213) 612-2500
Fax: 213) 612-2501
Email: teri.kirkwood@morganlewis.com

By /s/ Laurence A. Shapero
Laurence A. Shapero, WSBA #31301
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Telephone: (206) 876-5301
Email: Laurence.shapero@ogletree.com

The Law Office of G. Benjamin Lindsey III
Attorney for Plaintiff Stephanie Flohr

By /s/ G. (Gus) Lindsey III
G. (Gus) Benjamin Lindsey III, WSBA #36386
2012 Grade Rd., Ste. 202
Lake Stevens, WA 98258
Email: guslindseyiii@gbl3law.com

## ORDER

THIS MATTER having come on before Judge James L. Robart of the United States District Court for the Western District of Washington, to dismiss this matter with prejudice upon stipulation of the parties, and the Court, having review the records and files herein, now therefore, it is, now therefore,

IT IS ORDERED that all claims and counterclaims against Defendant Reed Group in this matter shall be dismissed, with prejudice and without costs and attorney fees.

Dated: 9 July 2019.

_____
The Honorable Judge James L. Robart

STIPULATED DISMISSAL WITH PREJUDICE - 2

The Law Office of G. (Gus)
Benjamin Lindsey III
2012 Grade Rd./ Suite 202
Lake Stevens, WA 98258
(425) 263-0585 WSBA #36386

Presented By:

    Morgan, Lewis & Bockius LLP
    Attorneys for Defendants
        By /s/ Melinda S. Riechert
        Melinda S. Riechert (admitted pro hac vice)
        Morgan, Lewis & Bockius LLP
        1400 Page Mill Road
        Palo Alto, CA 94304
        Telephone: (650) 843-4000
        Fax: (650) 843-4001
        Email: melinda.riechert@morganlewis.com

        By /s/ Teri E. Kirkwood
        Teri E. Kirkwood (admitted pro hac vice)
        Morgan, Lewis & Bockius LLP
        300 South Grand Avenue, 22nd Floor
        Los Angeles, CA 90071
        Telephone: (213) 612-2500
        Fax: 213) 612-2501
        Email: teri.kirkwood@morganlewis.com

        By /s/ Laurence A. Shapero
        Laurence A. Shapero, WSBA #31301
        Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
        1201 Third Avenue, Suite 5150
        Seattle, WA 98101
        Telephone: (206) 876-5301
        Email: Laurence.shapero@ogletree.com


    The Law Office of G. Benjamin Lindsey III
    Attorney for Plaintiff Stephanie Flohr

        By /s/ G. (Gus) Lindsey III
        G. (Gus) Benjamin Lindsey III, WSBA #36386
        2012 Grade Rd., Ste. 202
        Lake Stevens, WA 98258
        Email: guslindseyiii@gbl3law.com

STIPULATED DISMISSAL WITH PREJUDICE - 3